UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD NAQUIN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 06-651-RET-DLD** |
| **JASON LIER, ET AL** | |

### ORDER

This matter is before the court on a referral from the district court on Defendants' Motion to Compel Complete Responses to Discovery (rec.doc. 36), filed herein on August 1, 2008. Defendants stated in their motion that they propounded discovery to Plaintiff on April 1, 2008, and received partial responses on May 7, 2008. Plaintiff advised in his partial response that he would supplement his discovery responses upon receipt of additional documents, but no supplementation has been forthcoming. According to ULLR 7.5M, any opposition to this motion was required to be filed within twenty (20) days after service. Plaintiff's response to the motion was due August 21, 2008, but as of November 13, 2008, the court has not received such response.

In light of the plaintiff's failure to respond fully both to the discovery and to this motion in a timely fashion, defendants' motion is **GRANTED in part and DENIED in part.** On or before **November 25, 2008,** plaintiff is **ORDERED** to retrieve any additional documents responsive to the discovery and provide them to defendants; or, if no documents exist, plaintiff shall supplement his responses to clarify that his responses are complete. No costs or attorneys' fees are awarded at this time, however, repeated failure

to respond to discovery may result in additional sanctions, including the awarding of attorneys' fees and costs.

Signed in Baton Rouge, Louisiana, on November 14, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**